UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOCETI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-1177 KJM GGH PS<br><br><br>ORDER |

　　　　This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  By order filed December 5, 2014, plaintiff was ordered to show cause for his failure to serve defendant Rain and Hail Insurance Services, and for his defective service on defendant United States Department of Agriculture Risk Management Agency ("USDA").  Plaintiff filed a response on December 19, 2014, which reflects corrected service on defendant USDA.  Plaintiff also represented that Rain and Hail Insurance Services is not a proper party, and that he would either file an amended complaint to dismiss this party, or file a voluntary dismissal.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The show cause order filed December 5, 2014 is discharged; and

　　　　2. Plaintiff shall file a voluntary dismissal of defendant Rain and Hail Insurance Services within **seven** days of this order.  Failure to file a voluntary dismissal will result in a

1  recommendation that this defendant be dismissed for failure to serve.

2  Dated:  January 05, 2015

3                              /s/ Gregory G. Hollows

4                       UNITED STATES MAGISTRATE JUDGE

6  GGH:076/Noceti1177.disRH