UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOCETI,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>  Defendants. | No.  2:14-cv-1177 KJM GGH PS<br><br><br><br>ORDER |

By order of January 6, 2015, plaintiff was directed to file a voluntary dismissal of defendant Rain and Hail Insurance Services.  He was warned that failure to do so would result in a recommendation that this defendant be dismissed for failure to serve.  On January 22, 2015, plaintiff filed a voluntary dismissal of this defendant.  Defendant Rain and Hail Insurance has not made an appearance.  Pursuant to Fed. R. Civ. P. 41(a), defendant Rain and Hail Insurance Services is dismissed.

Dated: January 26, 2015

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

GGH:076/Noceti1177.59.ggh