1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
   Attorneys for Defendant
6  United States of Department of Agriculture
   Risk Management Agency
7

8

9             IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  ANTHONY NOCETI,                          | **Case No. 2:14-cv-01177 KJM GGH PS**

13              Plaintiff,                   | **STIPULATION AND ORDER FOR TWO-DAY EXTENSION OF TIME FOR LODGING ADMINISTRATIVE RECORD**

14         v.

15  UNITED STATES DEPARTMENT OF
    AGRICULTURE RISK MANAGEMENT
16  AGENCY,

17              Defendant.

18

19

20      Plaintiff, Anthony Noceti, and Defendant, United States Department of Agriculture Risk

21  Management Agency, hereby stipulate and request that the Court modify the Status (Pretrial

22  Scheduling) Order ("Order," ECF No. 13) to extend by two days, from July 15, 2015, to July 17,

23  2015, the deadline for defendant to certify and lodge the Administrative Record with the court and

24  provide a copy to plaintiff, with all other deadlines in the Order to remain unchanged.

25      / / /

26      / / /

27      / / /

28

STIPULATION AND ORDER FOR TWO-DAY         1
EXTENSION OF TIME FOR LODGING
ADMINISTRATIVE RECORD

Respectfully submitted,

Dated: July 7, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant
United States Department of Agriculture
Risk Management Agency

Dated: July 6, 2015

/s/ Anthony Noceti
ANTHONY NOCETI
Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: July 10, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR TWO-DAY
EXTENSION OF TIME FOR LODGING
ADMINISTRATIVE RECORD

2