UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NOCETI, | No. 2:14-cv-01177-KJM-GGH |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, | |
| Defendant. | |

On October 15, 2015, plaintiff submitted a stipulation for the extension of time signed by both parties. The stipulation requests a 7 day extension of plaintiff's deadline to file a motion for summary judgment and a corresponding 7 day extension of defendant's deadline to file an opposition. Good cause appearing, THE COURT HEREBY ORDERS that:

1. The parties' stipulation for the extension of time, ECF No. 17, is GRANTED.

2. Plaintiff must submit a motion for summary judgment by October 22, 2015;

3. Defendant must submit an opposition and cross-motion for summary judgment by November 23, 2015;

4. Plaintiff must submit an opposition by December 21, 2015. Plaintiff's opposition may also include a reply; and

5. Any reply from defendant must be filed by January 4, 2016.

6. The court's hearing on the parties' motions for summary judgment is still scheduled for January 21, 2016.

Dated: October 28, 2015

<u>/s/ Gregory G. Hollows</u>

UNITED STATES MAGISTRATE JUDGE

/noce1177.eot2.sip